# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD MILLER,<br><br>Defendant. | Case No. 13-00409-01-CR-W-BP |

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION AND FINDING DEFENDANT COMPETENT TO STAND TRIAL

On April 6, 2014 the Honorable John T. Maughmer, United States Magistrate Judge for this District, issued a Report recommending that the undersigned find that Defendant is competent to stand trial. (Doc. 47.) Neither party has objected and the time for doing so has passed. 28 U.S.C. § 636(b)(1); Local Rule 74.1(a)(2).

The Court has reviewed the psychiatric report dated January 15, 2016. (Doc. 45.) Based on the psychiatric report and the lack of an objection from either party, the Court adopts Judge Maughmer's recommendation and finds Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
DATE: April _27__, 2016    UNITED STATES DISTRICT COURT